IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CAPTAIN D'S, LLC, | ) ) |
| Defendant. | ) ) |

Case No. 3:07-cv-00599
Judge Haynes

## NOTICE OF SUBSTITUTION OF COUNSEL

Counsel for Defendant, Captain D's, LLC, hereby gives notice that Jennifer S. Rusie will be substituted as counsel in place of Kathryn Sawtelle Caudle. Elizabeth S. Washko will remain lead counsel in this matter.

Dated: October 15, 2007

    Respectfully submitted,

    s/ Elizabeth S. Washko
    Elizabeth S. Washko (BPR # 19931)
    Jennifer S. Rusie (BPR # 26009)
    OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
    424 Church Street, Suite 800
    Nashville, Tennessee 37219
    (615) 254-1900
    (615) 254-1908 (*Facsimile*)

    Attorneys for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on October 15, 2007, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Faye A. Williams
Regional Attorney
Equal Employment Opportunity Commission
1407 Union Avenue, Suite 621
Memphis, TN 38104

Sally Ramsey
Senior Trial Attorney
Equal Employment Opportunity Commission
50 Vantage Way, Suite 202
Nashville, TN 37228

s/ Elizabeth S. Washko

2