IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION NO.<br>) 3:07-0599 |
| CAPTAIN D'S, LLC, | )<br>) JURY TRIAL DEMAND |
| Defendant. | ) Judge Haynes<br>) |

*ORDER*
*The motion*
*to quash is*
*GRANTED.*
*See John B.*
*Gsoetz*
*2008 WL 2520*
*487 (6th Cir*
*June 26, 2008)*
*[signature]*
*WJH*
*7-10-08*

PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION'S
MOTION TO QUASH AND FOR PROTECTIVE ORDER

Pursuant to Fed.R.Civ.P. 45 (c) and 26(c), Plaintiff Equal Employment Opportunity Commission ("EEOC" or "Commission") submits this Motion to Quash subpoena issued to Terrence McGarr, and subpoena issued to his parents, Delmas and Linda McGarr, to produce their personal computers, and for protective order precluding the examination of their personal computers. The first subpoena ("Subpoena 1") directed Terrence McGarr, the charging party on whose behalf the EEOC filed this suit, to produce and permit inspection and copying of ". . . Terrence McGarr's personal computer or computers used by him from September 1, 2005 to the present, including all hard drives contained therein." The second subpoena ("Subpoena 2") was issued to Delmas & Linda McGarr, who are Mr. McGarr's parents, and directed them to produce and permit inspection and copying of the "personal computer or computers owned by you and/or in your custody, control or possession since September 1, 2005 to the present, including all hard drives contained therein." A copy of Subpoena 1 is